BUCHTER v. NEW YORK CITY RY. CO.

(Supreme Court, Appellate Term. November 10, 1904.)

1. CARRIERS—NEGLIGENCE—KNOWLEDGE OF PASSENGER'S DANGEROUS POSITION.

To charge a street railroad company with liability for an accident due to the plaintiff having been pushed from the step of a car by the crowded condition of the car, notice to the servants in charge that plaintiff was about to alight was essential.

Appeal from Municipal Court, Borough of Manhattan, Twelfth District.

Action by Carl Buchter against the New York City Railway Company. From a judgment in favor of defendant, plaintiff appeals. Affirmed.

Argued before FREEDMAN, P. J., and BISCHOFF and FITZGERALD, JJ.

L. Kaufman, for appellant.

Henry W. Goddard and William E. Weaver, for respondent.

PER CURIAM. The plaintiff was injured through leaving a place of safety upon the car and taking a position of danger upon the step.

To charge the defendant with liability for an accident due to the plaintiff having been pushed from the step by reason of the crowded condition of the car, notice to the servants in charge of the car that plaintiff was about to alight was essential, since, without notice, there was no duty to assume his presence in this place of danger and to protect him from the crowd. The proof of notice was wholly insufficient, for the plaintiff himself did not know whether, when he nodded in the conductor's direction, he actually had attracted the latter's attention, and there was, therefore, a failure of proof which called for a nonsuit.

Judgment affirmed, with costs.